### BARWICK *v.* FARQUHAR *et al.*

APPEAL from the *Franklin* Common Pleas.

*Per Curiam.*—This case is here upon the evidence alone. It is conflicting. We think the judgment should be affirmed with 1 per cent. damages and costs. The suit is upon a promissory note made by *Barwick* to *Farquhar.* The suit for accounting, in the nature of a bill in chancery, now pending in *Cincinnati,* to which all the partners are parties, is the proper one in which to adjust partnership balances.

The judgment is affirmed, with 1 per cent. damages and costs.

*George Holland* and *C. C. Binkley,* for the appellant.

*W. Morrow* and *John H. Farquhar,* for the appellees.